**Appeal Dismissed and Memorandum Opinion filed October 17, 2025**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00139-CV

## NON-PARTY TEXAS ALCOHOLIC BEVERAGE COMMISSION, Appellant

### V.

## ASHLEY DOMINGUEZ, ORLANDO HAYWARD AND REYNA HAYWARD, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF NIGUEL HAYWARD, DECEASED, EDUARDO MORENO, KELLY RAY WREN, AND DRAGGIN TOOLS TRUCKING, LLC, Appellees

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2023-07113**

### MEMORANDUM OPINION

This is an appeal from an order granting a motion to compel signed July 30, 2025. Appellant has filed a motion to dismiss the appeal.[1] We grant the motion and dismiss the appeal.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.

---

[1]   *See* TEX. R. APP. P. 42.1(a).